**Joseph E. MACON, Plaintiff— Appellant,**

v.

**James M. COX, Jr., Judge; H. Lowery, Attorney; The City of Williamston, North Carolina; State of South Carolina, Defendants—Appellees.**

No. 05–7371.

United States Court of Appeals, Fourth Circuit.

Submitted March 23, 2006.

Decided March 28, 2006.

Joseph E. Macon, Appellant Pro Se.

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joseph E. Macon appeals the district court's order accepting the recommenda-

tion of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Macon v. Cox*, No. CA–04–1311–6–HFF (D.S.C. June 22, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*